# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Johnny Ray Williamson            Docket No. 5:04-CR-393-1FL

### Petition for Action on Supervised Release

    COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnny Ray Williamson, who, upon an earlier plea of guilty to Conspiracy to Distribute, and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 19, 2005, to the custody of the Bureau of Prisons for a term of 130 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the conditions adopted by the court. Johnny Williamson was released from custody on July 11, 2014, at which time the term of supervised release commenced. On August 4, 2014, the court was notified that Williamson had been charged with Aiding and Abetting Impaired Driving. This charge is still pending adjudication in state court. On February 6, 2015, the court was advised of a positive urine submission for cocaine and a pending charge of Assault on a Female. Williamson was referred to IBHS for treatment and the assault charge was subsequently dismissed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

    On March 31, 2015, Mr. Williamson submitted a urine sample that was positive for cocaine use. He admits to ingesting cocaine on or about March 29, 2015. He claims that he had started frequenting a bar near his home after work and this contributed to his conduct. He has his first individual substance abuse treatment session scheduled for later this week. Based on this conduct, it is believed that a weekend in jail would serve as a sanction for this violation and hopefully indicate to the defendant the seriousness of his violation conduct. He signed a waiver agreeing to the following modification.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody off the Bureau of Prisons for a period of one weekend as arranged by the U.S. Probation Office and will abide by the rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

                                                 I declare under penalty of perjury that the foregoing is true and correct.

                                                 /s/ Robert K. Britt
                                                 U.S. Probation Officer
                                                 310 Dick Street
                                                 Fayetteville, NC 28301-5730
                                                 Phone: (910) 483-8613
                                                 Executed On: April 16, 2015

### ORDER OF COURT

Considered and ordered this 17th day of April, 2015, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge