# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Johnny Ray Williamson            Docket No. 5:04-CR-393-1FL

### Petition for Action on Supervised Release

    COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnny Ray Williamson, who, upon an earlier plea of guilty to Conspiracy to Distribute, and Possess With the Intent to Distribute More Than 50 Grams of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1) and 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 19, 2005, to the custody of the Bureau of Prisons for a term of 130 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the conditions adopted by the court. Johnny Williamson was released from custody on July 11, 2014, at which time the term of supervised release commenced.

On August 4, 2014, the court was notified that Williamson had been charged with Aiding and Abetting Impaired Driving. This charge was subsequently dismissed in state court. On February 6, 2015, the court was advised of a positive urine submission for cocaine use and a pending charge of Assault on a Female. Williamson was referred to IBHS for treatment and the assault charge was subsequently dismissed. On April 16, 2015, the court was advised that the defendant submitted a urine sample on March 31, 2015, that was positive for cocaine use. He admitted this violation and it was ordered by the court that he serve 1 weekend in jail as a sanction for the violation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 23, 2015, Mr. Williamson submitted a urine sample that was positive for cocaine use. He admits to the validity of the test. He is currently in substance treatment at IBHS in Fayetteville. Based on this conduct, it is believed that 2 weekends in jail would serve as a sanction for this violation and hopefully indicate to the defendant the seriousness of his violation conduct. He signed a waiver agreeing to the following modification.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody off the Bureau of Prisons for a period of two weekends as arranged by the U.S. Probation Office and will abide by the rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

                    I declare under penalty of perjury that the foregoing is true and correct.

                    /s/ Robert K. Britt
                    U.S. Probation Officer
                    310 Dick Street
                    Fayetteville, NC 28301-5730
                    Phone: (910) 483-8613
                    Executed On: August 3, 2015

**ORDER OF COURT**

Considered and ordered this **3rd** day of **August**, 2015, and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge