# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### DOCKET NO. 5:04-CR-393-1FL

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER MODIFYING AND** |
| | ) | **CONTINUING SUPERVISION** |
| vs. | ) | |
| | ) | |
| **Johnny Ray Williamson** | ) | |
| | ) | |

On April 19, 2005, Johnny Ray Williamson appeared before the Honorable Louise W. Flanagan, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Distribute and Posses With the Intent to Distribute More than 50 Grams of Cocaine Base, was sentenced to the custody of the Bureau of Prisons for a term of 130 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Johnny Ray Williamson was released from custody and the term of supervised release commenced on July 11, 2014.

From evidence presented at the revocation hearing on September 07, 2016, the court finds as a fact that Johnny Ray Williamson, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.

It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision with the following modifications:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 3 consecutive months. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program. The defendant cannot be released from custody until monitoring equipment is installed.

2. There will be a status review hearing in three months to determine the defendant's compliance with the conditions of supervised release.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 7th day of September, 2016.

_Louise W. Flanagan_
Louise W. Flanagan
U.S. District Judge